DocuSign Envelope ID: 4CB9368E-1470-481F-A484-A7FFD08DA70D

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| ____USA____ District of __USA__ (State) |
| Case number (If known): _____ Chapter 15 |


RECEIVED
TOPEKA
JUN 13 2024
CLERK
U.S. COURT OF BANKRUPTCY
By_____ Deputy

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**  NASDAQ , INC. , EIN# 52-1165937

2. **Debtor's unique identifier**

   FILED
   TOPEKA
   JUN 13 2024
   CLERK
   U.S. BANKRUPTCY COURT
   By_____ Deputy

   For non-individual debtors:
   ☒ Federal Employer Identification Number (EIN)  5 2 – 1 1 6 5 9 3 7
   ☐ Other _____. Describe identifier _____

   For individual debtors:
   ☒ Social Security number: xxx – xx– 9 9 0 9
   ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___
   ☐ Other _____. Describe identifier _____

3. **Name of foreign representative(s)**  ROBERT W JOHNSON , SS# 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

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  BANKRUPTCY AND WHISTLEBLOWER .

5. **Nature of the foreign proceeding**

   Check one:
   ☐ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☒ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.
   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.
   ☒ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
      (see attached documents)

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**
   ☒ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☐ Yes

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 1

| Debtor | NASDAQ , INC. , EIN# 52-1165937 | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

USA

Debtor's registered office:

ONE LIBERTY PLAZA
Number      Street

P.O. Box

NEW YORK , NY 10006
City      State/Province/Region      ZIP/Postal Code

USA
Country

Individual debtor's habitual residence:

65 SIDNEY ST
Number      Street

P.O. Box

BUFFALO , NY 14211
City      State/Province/Region      ZIP/Postal Code

USA
Country

Address of foreign representative(s):

65 SIDNEY ST
Number      Street

P.O. Box

BUFFALO , NY 14211
City      State/Province/Region      ZIP/Postal Code

USA
Country

**10. Debtor's website (URL)**      ir.nasdaq.com

**11. Type of debtor**

Check one:

☐ Non-individual (check one):

  ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☒ Other. Specify: FOREIGN STOCK EXCHANGE

☐ Individual

Debtor  NASDAQ , INC. , EIN# 52-1165937
   Name

Case number (if known) _____

---

**12. Why is venue proper in *this district*?**

Check one:

☒ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ /s/ DocuSigned by: 6D4E020FE4B24ED...    Robert W Johnson ESQ
Signature of foreign representative     Printed name

Executed on _____
   MM / DD / YYYY

✗ /s/ DocuSigned by: 6D4E020FE4B24ED...    Robert W Johnson ESQ
Signature of foreign representative     Printed name

Executed on _____
   MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ DocuSigned by: 6D4E020FE4B24ED...
Signature of Attorney for foreign representative

Date _____
 MM / DD / YYYY

Robert W Johnson ESQ
Printed name

Robert W Johnson ESQ
Firm name

65 SIDNEY ST
Number  Street

BUFFALO           NY   14211
City              State    ZIP Code

716-445-1734          atemllc2023@gmail.com
Contact phone            Email address

9999999-9            USA
Bar number             State

DocuSign Envelope ID: E73F4EA3-8466-4CB2-AF5A-7334AB4A7B6A

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
UNITED STATES OF AMERICA ▼

USA Division

ROBERT W JOHNSON ,

_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

101178 B.C. UNLIMITED LIABILITY COMPANY ,
1019334 B.C. UNLIMITED LIABILITY COMPANY ,
BURGER KING CANADA HOLDINGS INC & NEW RED FINANCE INC ,

_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

DocuSign Envelope ID: E73F4EA3-8466-4CB2-AF5A-7334AB4A7B6A

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ROBERT W JOHNSON |
| Address | 65 SIDNEY ST |
| | BUFFALO, NY 14211 |
| | City / State / Zip Code |
| County | ERIE |
| Telephone Number | 315-992-2103 |
| E-Mail Address | atemllc2023@gmail.com |

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | 1011778 B.C. UNLIMITED LIABILITY COMPANY |
| Job or Title *(if known)* | CORPORATION |
| Address | 874 SINCLAIR ROAD |
| | OAKVILLE, ON L6K 2Y1 |
| | City / State / Zip Code |
| County | CANADA |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[X] Individual capacity    [X] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | 1019334 B.C. UNLIMITED LIABILITY COMPANY |
| Job or Title *(if known)* | CORPORATION |
| Address | |
| | City / State / Zip Code |
| County | INTERNATIONAL |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[X] Individual capacity    [X] Official capacity

Page 2 of 6

DocuSign Envelope ID: E73F4EA3-8466-4CB2-AF5A-7334AB4A7B6A

Defendant No. 3
Name: BURGER KING CANADA HOLDINGS INC
Job or Title (if known): CORPORATION
Address:
City: 
State:
Zip Code:
County: CANADA
Telephone Number:
E-Mail Address (if known):

[X] Individual capacity   [X] Official capacity

Defendant No. 4
Name: NEW RED FINANCE INC
Job or Title (if known):
Address:
City:
State:
Zip Code:
County: USA
Telephone Number:
E-Mail Address (if known):

[X] Individual capacity   [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

EMPLOYEE RIGHTS , POWER OF ATTORNEY , IRS TAX FILING RIGHTS AND CIVIL RIGHTS .

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

EMPLOYEE RIGHTS , SANCTIONS AND LOST WAGES RIGHTS .

DocuSign Envelope ID: E73F4EA3-8466-4CB2-AF5A-7334AB4A7B6A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

ALL DEFENDANTS COMMITTED DOMESTIC AND FOREIGN TRADE FRAUD .

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

968 JAMES ST : SYRACUSE , NY 13203 .

B. What date and approximate time did the events giving rise to your claim(s) occur?

MAY 16 , 2024 .

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ALL DEFENDANTS AND CARROLS CORP ILLEGALLY SOLD ITS STOCKS TO RESTAURANT BRANDS INTERNATIONAL INC WITHOUT PERMISSION ON MAY 16 , 2024 . ROBERT W JOHNSON HAS NOT BEEN COMPENSATED BY ALL DEFENDANTS DUE TO DISCRIMINATION PRACTICES AND RETALIATION .

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

MENTAL AND PHYSICAL ANGUISH : PTSD : EXACERBATED INJURIES AND DEPRESSION .

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

LOST WAGES : $350,000,000.00 FOR ATTORNEY FEES : SANCTIONS FOR NYSE FRAUD AND INTERNATIONAL CRIMES : $100,000,000.00 FOR LIENS AND OTHER FEES .

DocuSign Envelope ID: E73F4EA3-8466-4CB2-AF5A-7334AB4A7B6A

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/28/2024

Signature of Plaintiff: *[DocuSigned by: 6D4E020FE4B24ED...]*

Printed Name of Plaintiff: ROBERT W JOHNSON

### B. For Attorneys

Date of signing: 05/28/2024

Signature of Attorney: *[DocuSigned by: 6D4E020FE4B24ED...]*

Printed Name of Attorney: WILLIE JOHNSON

Bar Number: 9999999-99

Name of Law Firm: WILLIE JOHNSON ESQ

Address: 65 SIDNEY ST

| BUFFALO | NY | 14211 |
|---|---|---|
| City | State | Zip Code |

Telephone Number: 716-445-1734

E-mail Address: atem11c2023@gmail.com

DocuSign Envelope ID: 1044EB75-B7C8-4FDF-BC61-C525B99C7D86

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

ROBERT W JOHNSON )
*Plaintiff/Petitioner* )
v. ) Civil Action No. _____
101178 B.C. UNLIMITED LIABILITY COMPANY , et al , )
*Defendant/Respondent* )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ n/a _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____ 0.00 , and my take-home pay or wages are: $ _____ 0.00 per
*(specify pay period)* _____ n/a _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment  ☐ Yes  ☑ No
(b) Rent payments, interest, or dividends  ☐ Yes  ☑ No
(c) Pension, annuity, or life insurance payments  ☐ Yes  ☑ No
(d) Disability, or worker's compensation payments  ☐ Yes  ☑ No
(e) Gifts, or inheritances  ☐ Yes  ☑ No
(f) Any other sources  ☐ Yes  ☑ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.
n/a

4. Amount of money that I have in cash or in a checking or savings account: $ _____ 0.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
n/a

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
n/a

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
n/a

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
n/a

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 05/28/2024

DocuSigned by:
*Applicant's signature*
6D4E020FE4B24ED...

ROBERT W JOHNSON
*Printed name*

ROBERT W. JOHNSON
65 SIDNEY ST.
BUFFALO, NY 14211


Retail

U.S. POSTAGE PAID
FCM LETTER
SYRACUSE, NY 13201
MAY 30, 2024
$0.68
R2304M114230-07

66101
RDC 99

COURT CLERK
U.S. COURTHOUSE
500 STATE AVE. SUITE 360
KANSAS CITY, KS 66101-2448

RECEIVED
JUN 13 2024
U.S. Bankruptcy Court
Kansas City, KS



Case 24-21667    Doc# 1    Filed 06/13/24    Page 12 of 12